1  McGREGOR W. SCOTT
   United States Attorney
2  JOSEPH B. FRUEH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  E-mail:      joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
5  Facsimile:  (916) 554-2900

6  Attorneys for Defendant
   HUGH J. HURWITZ
7  Acting Director of the Federal Bureau of Prisons

8

9              IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12  LORENA GUTHRIE,                        Case No. 1:18-cv-00282-AWI-BAM

13                  Plaintiff,             **STIPULATION AND ORDER TO CONTINUE
                                           SCHEDULING CONFERENCE DUE TO
14           v.                            LAPSE IN APPROPRIATIONS**

15  HUGH J. HURWITZ, Acting Director, Federal   Current Date:    February 7, 2019
    Bureau of Prisons,
16                                         Proposed Date:   March 7, 2019
                    Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the Scheduling Conference set in this action for February 7, 2019, be continued to March 7, 2019.  The reasons for this stipulation are as follows:

1.      At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The Department does not know when funding will be restored.

2.      Absent an appropriation, Department of Justice attorneys and employees of the federal defendant are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.  That exception is not deemed to include most civil cases.  Indeed, the undersigned Assistant United States Attorney is furloughed until appropriations to the Department of Justice are restored.

3.      Due to the foregoing lapse in appropriates and the effects thereof, to date the parties have been unable to meaningfully meet and confer regarding discovery and the other matters outlined in the Court's Order Setting Mandatory Scheduling Conference, and it appears unlikely that they will be able to file a proper Joint Scheduling Report on or before January 31, 2019, for the Scheduling Conference currently set for February 7, 2019.

///
///
///
///
///
///
///
///
///
///
///

1    4.    Accordingly, for the foregoing reasons, the parties respectfully request that the

2    Scheduling Conference be continued from February 7, 2019, to March 7, 2019.

3

4    Dated:  January 23, 2019                          McGREGOR W. SCOTT
                                                        United States Attorney
5
                                               By:    /s/  Joseph B. Frueh
6                                                      JOSEPH B. FRUEH
                                                       Assistant United States Attorney
7
                                                       Attorneys for Defendant
8                                                      HUGH J. HURWITZ
                                                       Acting Director of the Federal Bureau of Prisons
9

10   Dated: January 23, 2019                          LAW OFFICE OF KEVIN G. LITTLE

11                                             By:    /s/  Michelle Tostenrude_____ (authorized 1/23/2019)
                                                       MICHELLE TOSTENRUDE
12
                                                       Attorneys for Plaintiff
13                                                     LORENA GUTHRIE

14

15                                          **ORDER**

16           Pursuant to the parties' stipulation and to allow the parties to meet following the prolonged

17   shutdown, good cause appearing, the Scheduling Conference currently set for February 7, 2019, is

18   HEREBY CONTINUED to **March 7, 2019, at 8:30 AM in Courtroom 8 (BAM) before Magistrate**

19   **Judge Barbara A. McAuliffe**.  The parties SHALL file a Joint Scheduling Report one (1) week prior to

20   the conference.  The parties are encouraged to appear at the conference by telephone with each party

21   using the following dial-in number and access code:  **dial-in number 1-877-9748; access code**

22   **3190866**.

23

24   IT IS SO ORDERED.

25       Dated:   **January 29, 2019**              ____/s/ Barbara A. McAuliffe_____

26                                                     UNITED STATES MAGISTRATE JUDGE

27

28