1  McGREGOR W. SCOTT
   United States Attorney
2  JOSEPH B. FRUEH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  E-mail:    joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
5  Facsimile: (916) 554-2900

6  Attorneys for Defendant
   KATHLEEN HAWK SAWYER
7  Director of the Federal Bureau of Prisons

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA GUTHRIE, | Case No. 1:18-cv-00282-AWI-BAM |
| Plaintiff, | DISCOVERY MATTER |
| v. | **STIPULATION AND ORDER RE: RULE 35 MENTAL EXAMINATION** |
| KATHLEEN HAWK SAWYER, Director of the Federal Bureau of Prisons, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, as follows:

1. Plaintiff Lorena Guthrie will undergo a psychiatric examination conducted by Jessica Ferranti, M.D. A copy of Dr. Ferranti's curriculum vitae is attached as **Exhibit A**.

2. The examination will occur on March 20, 2020, at 8:30 a.m., at the United States Attorney's Office located at 2500 Tulare Street, Suite 4401, Fresno, California Zip Code 93721. The examination will take a maximum of 8 hours to complete. The examination will include a 1 hour lunch break, two 15 minute breaks, and restroom breaks as needed.

3. The examination will consist of a mental status examination, an assessment of Plaintiff's current functioning, complaints, and information about Plaintiff's allegations in this lawsuit. Dr. Ferranti will also obtain a bio-psycho-social history. This includes Plaintiff's recent and past personal, family, social, developmental, substance-use, medical, psychiatric, educational, military, occupational, relationship, trauma, and legal histories.

4. Psychological tests and/or questionnaires to evaluate specific symptoms may also be administered, including the PCL-R; the TSI-2; the SIRS-2; the NV-MSVT, the ToVA; the ADI; the MOCA, the BDI, the BAI, the CAPS, the AMI, the B-test, and the SIMS. Not all of these evaluation tools may be administered and are dependent on the symptoms presented, if any, by Plaintiff. Evaluation tools not relevant to the presenting psychological symptoms will not be administered.

5. Dr. Ferranti and Plaintiff will be the sole persons participating in the examination. No observers shall attend the examination. Dr. Ferranti shall audio-record the examination. Plaintiff may have her own audio-recording device during the examination, and a member of her attorney's staff may be present at the very beginning of the examination to begin the audio-recording, and then at the very end of the examination to stop the audio-recording.

6. Dr. Ferranti shall receive a copy of this executed Stipulation.

7. Attached as **Exhibit B** is a U.C. Davis consent form for psychiatric evaluation. Plaintiff shall execute and provide a copy the form to Defendant's counsel at least two weeks prior to the examination.

1. 8. Defendant shall provide Plaintiff's counsel with a report of the examination by the expert disclosure deadline in this case or May 8, 2020, whichever is later. The report of the examination will include the facts or data considered, to include records reviewed, copies of Plaintiff's answers to tests administered, raw test data, scoring sheets, and interview notes. Any raw test data or scoring sheets shall not be distributed to any person other than a qualified test administrator.

9. In the event that Dr. Ferranti is designated as a testifying expert, she will provide a report and disclosure that complies with Rule 26(a)(2) and will make herself available for deposition reasonably before trial, consistent with the Court's scheduling order.

10. The cost of the examination shall be borne by the Defendant.

Dated: February 20, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
KATHLEEN HAWK SAWYER
Director of the Federal Bureau of Prisons

Dated: February 19, 2020

LAW OFFICE OF KEVIN G. LITTLE

By: /s/ *Kevin G. Little* (authorized 2/19/2020)
KEVIN G. LITTLE

Attorneys for Plaintiff
LORENA GUTHRIE

## **ORDER**

Pursuant to the above stipulation, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff Lorena Guthrie will undergo a psychiatric examination conducted by Jessica Ferranti, M.D. on March 20, 2020, at 8:30 a.m., at the United States Attorney's Office located at 2500 Tulare Street, Suite 4401, Fresno, California Zip Code 93721. Fed. R. Civ. P. 35.

2. The manner, conditions and scope of the examination shall be as set forth in the above stipulation; and
3. In light of the parties' stipulation, Defendant's Motion to Compel Mental Examination filed on February 11, 2020, is HEREBY DENIED as moot. (Doc. 47.)

IT IS SO ORDERED.

Dated: **February 21, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE