1  McGREGOR W. SCOTT
United States Attorney
2  JOSEPH B. FRUEH
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  E-mail:      joseph.frueh@usdoj.gov
Telephone:  (916) 554-2702
5  Facsimile:  (916) 554-2900

6  Attorneys for Defendant
KATHLEEN HAWK SAWYER
7  Director of the Federal Bureau of Prisons

8

9  IN THE UNITED STATES DISTRICT COURT

10  EASTERN DISTRICT OF CALIFORNIA

11

12  LORENA GUTHRIE,                                    Case No. 1:18-cv-00282-AWI-BAM

13                           Plaintiff,               **STIPULATION AND ORDER TO AMEND SCHEDULING ORDER (ECF 31)**

14                   v.

15  KATHLEEN HAWK SAWYER, Director of
the Federal Bureau of Prisons,
16
                         Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

1

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

2      IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that

3   the Scheduling Order (ECF 31) be amended as follows:

4      1.      The mental examination of Plaintiff Lorena Guthrie, as ordered pursuant to Federal Rule

5   of Civil Procedure 35 (ECF 49), shall be completed by July 10, 2020.

6      2.      The deadline for serving initial expert disclosures shall be continued from May 8, 2020,

7   to August 7, 2020.

8      3.      The deadline for serving rebuttal expert disclosures shall be continued from June 26,

9   2020, to September 11, 2020.

10      4.      The deadline for completing expert discovery shall be continued from August 28, 2020,

11   to October 16, 2020.

12      The reasons for amending the Scheduling Order are as follows:

13      1.      The parties were prepared to proceed with the mental examination of Plaintiff as

14   scheduled on March 20, 2020, but the imposition of stay-at-home orders, as well as rapidly evolving

15   concerns for public health and safety related to the spread of COVID-19 more generally, prevented the

16   examination from proceeding.

17      2.      The inability to proceed with Plaintiff's mental examination, as well as the continuation

18   of stay-at-home orders, physical-distancing practices, and limitations on the functioning of courts and

19   private enterprise since mid-March 2020 and foreseeably into at least June 2020,[1] has made the

20   preparation of expert disclosures and the completion of expert discovery impracticable in this case under

21   the Scheduling Order established before the COVID-19 pandemic.

22   ///

23   ///

24   ///

25   ///

26   ///

27

28      [1] *See* E.D. Cal. General Order 617.

STIPULATION AND ORDER TO AMEND SCHEDULING      1
ORDER

1       3.      In light of the foregoing, the parties believe that certain deadlines in this case must be

2    continued as set forth above.  The parties are mindful, however, that circumstances surrounding

3    COVID-19 continue to be uncertain, and the deadlines proposed above are based on little more than

4    speculation regarding how circumstances may evolve over the coming weeks and months.  Further

5    amendments to the Scheduling Order thus may be necessary as additional information comes to light.

6    Dated: April 24, 2020                                          McGREGOR W. SCOTT
                                                                    United States Attorney
7

8                                                      By:    /s/  *Joseph B. Frueh*
                                                             JOSEPH B. FRUEH
                                                             Assistant United States Attorney
9
                                                             Attorneys for Defendant
10                                                            KATHLEEN HAWK SAWYER
                                                             Director of the Federal Bureau of Prisons
11

12   Dated: April 23, 2020                                          LAW OFFICE OF KEVIN G. LITTLE

13                                                     By:    /s/  *Kevin G. Little*          (authorized 4/23/2020)
                                                             KEVIN G. LITTLE
14
                                                             Attorneys for Plaintiff
15                                                            LORENA GUTHRIE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO AMEND SCHEDULING                    2
ORDER

1

## **ORDER**

2      Pursuant to the stipulation of the parties, and good cause appearing, the Court GRANTS the

3  parties' request.  IT IS HEREBY ORDERED that the psychiatric mental examination of Plaintiff Lorena

4  Guthrie shall be completed by July 10, 2020, pursuant to the terms of the Stipulation and Order Re: Rule

5  35 Mental Examination (Doc. No. 49).  Additionally, the Scheduling Order (Doc. No. 31) is modified as

6  follows:

7      Expert Disclosure:                                      August 7, 2020

8      Supplemental Expert
       Disclosure:                                             September 11, 2020

9      Expert Discovery
       Cutoff:                                                 October 16, 2020

10

11      All other deadlines in the Scheduling Order remain unchanged.  The parties are cautioned that

12  further modifications of the Scheduling Order will not be granted absent a demonstrated showing of

13  good cause.  Fed. R. Civ. P. 16(b).  Good cause may consist of the inability to comply with court orders

14  in light of the COVID-19 pandemic.  Any such future difficulties should be explained.

15  IT IS SO ORDERED.

16
      Dated:    **April 27, 2020**                    /s/ *Barbara A. McAuliffe*
17                                                     UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO AMEND SCHEDULING          3
ORDER