McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
KATHLEEN HAWK SAWYER
Director of the Federal Bureau of Prisons

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA GUTHRIE,<br><br>                              Plaintiff,<br><br>         v.<br><br>KATHLEEN HAWK SAWYER, Director of the Federal Bureau of Prisons,<br><br>                              Defendant. | Case No. 1:18-cv-00282-AWI-BAM<br><br>**SECOND STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER (ECF 31, 51)** |

**SECOND STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the Scheduling Order (*see* ECF 31, 51) be amended as follows:

1. The mental examination of Plaintiff Lorena Guthrie, as ordered pursuant to Federal Rule of Civil Procedure 35 (ECF 49), shall occur on July 17, 2020, starting at 10 a.m., in a large conference room at the Hampton Inn located at 1821 Lander Avenue in Turlock, California.

2. The deadline for serving initial expert disclosures shall be continued from August 7, 2020, to September 11, 2020.

3. The deadline for serving rebuttal expert disclosures shall be continued from September 11, 2020, to October 9, 2020.

4. The deadline for completing expert discovery shall be continued from October 16, 2020, to November 13, 2020.

The reasons for amending the Scheduling Order are as follows:

1. The parties were prepared to proceed with the mental examination of Plaintiff as originally scheduled on March 20, 2020, but the imposition of stay-at-home orders, as well as rapidly evolving concerns for public health and safety related to the spread of COVID-19 more generally, prevented the examination from proceeding.

2. The parties have worked diligently and collaboratively together, along with Defendant's expert and representatives from U.C. Davis Medical Center's Department of Psychiatry and Behavioral Sciences, to locate reasonable accommodations for the examination with appropriate health and safety precautions, including physical distancing, masking, and the sanitation of writing instruments and computers.  Through these efforts, the parties have agreed to have the examination proceed at the abovementioned time, date, and location.

3. The time required to assess and confirm a location and protocol for Plaintiff's mental examination during the pandemic has delayed Plaintiff's examination and will, as a result, delay the preparation of expert disclosures and the completion of expert discovery.

///

///

4. In light of the foregoing, the parties believe that certain deadlines in this case should be continued as set forth above. These changes do not affect trial, the pretrial conference, or any other date in the Court's Scheduling Order not referenced above.

Dated: July 2, 2020 　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:　/s/ *Joseph B. Frueh*
　　　　　　　　　　　　　　　　　　　　　　　JOSEPH B. FRUEH
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　KATHLEEN HAWK SAWYER
　　　　　　　　　　　　　　　　　　　　　　　Director of the Federal Bureau of Prisons

Dated: July 2, 2020 　　　　　　　　　　　　　LAW OFFICE OF KEVIN G. LITTLE

　　　　　　　　　　　　　　　　　　　　By:　/s/ *Kevin G. Little*　(authorized 7/2/2020)
　　　　　　　　　　　　　　　　　　　　　　　KEVIN G. LITTLE

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　LORENA GUTHRIE

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the Court GRANTS the parties' request.  IT IS HEREBY ORDERED that the psychiatric mental examination of Plaintiff Lorena Guthrie shall be completed on July 17, 2020, starting at 10:00 a.m., in a large conference room at the Hampton Inn located at 1821 Lander Avenue in Turlock, California. The manner, conditions, and scope of the examination shall be as set forth in the Stipulation and Order Re: Rule 35 Mental Examination (Doc. No. 49).  Additionally, the Scheduling Order (Doc. No. 31) is modified as follows:

| | |
|---|---|
| Expert Disclosure: | September 11, 2020 |
| Supplemental Expert Disclosure: | October 9, 2020 |
| Expert Discovery Cutoff: | November 13, 2020 |

All other deadlines in the Scheduling Order remain unchanged.  The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause.  Fed. R. Civ. P. 16(b).  Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic.  Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated:   **July 2, 2020**                         /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE