Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: Kevin@kevinlittle.com

Attorneys for Plaintiff Lorena Guthrie

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LORENA GUTHRIE, | Case No.: 1:18-cv-00282-BAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING HEARING RE: MOTION FOR SUMMARY JUDGMENT AND EXTENDING TIME TO FILE OPPOSITION AND REPLY PAPERS |
| v. | |
| MICHAEL CARVAJAL, | |
| Defendant. | |

TO THE HONORABLE COURT:

Plaintiff LORENA GUTHRIE ("Plaintiff") and defendant MICHAEL CARVAJAL ("Defendant") – the parties – by and through their attorneys of record, hereby stipulate for the purpose of jointly requesting that the Honorable Court continue the current November 20, 2020 summary judgment hearing date on the defendant's motion for summary judgment (Dkt. No. 65) and extend time to file the opposition and reply papers in connection with said motion.

///

///

///

STIPULATION AND ORDER CONTINUING HEARING RE: MOTION FOR SUMMARY JUDGMENT AND EXTENDING TIME TO FILE OPPOSITION AND REPLY PAPERS

## GOOD CAUSE STATEMENT

1. Plaintiffs' Opposition to Defendant's Motion for Summary Judgment is due November 6, 2020. Defendants' Reply to Plaintiffs' Opposition is due November 13, 2020. The motion is currently scheduled to be heard on November 20, 2020.

2. Plaintiff's counsel is currently preparing for a criminal trial set to commence on November 12, 2020.

3. Plaintiff's counsel requires more time to oppose the summary judgment motion. Plaintiff would be prejudiced by the current summary judgment deadlines in this civil matter, given the lack of time Plaintiff's counsel has to adequately obtain declarations from third parties, organize her evidence, and brief the issues in connection with the summary judgment motion.

4. Defense counsel has agreed to stipulate to continue the summary judgment motion hearing and extend the respective parties' time to file the opposition and reply papers.

5. The parties have not previously requested any extensions of time related to the particular matters for which this extension is sought.

6. In light of the foregoing, by and through their attorneys of record in this action, the parties hereby stipulate to, and respectfully request that the Court issue an appropriate Order extending the time to file opposition and reply papers in connection with the motion for summary judgment pending in this action (Dkt. No. 65).

7. The parties stipulate to extending the deadline to oppose the motion to November 27, 2020; extending the deadline to reply to the opposition to December 23, 2020; and continuing the motion hearing to January 8, 2021.

8. This Stipulation may be signed in counterpart, and a facsimile or electronic signature shall be as valid as an original signature.

///

///

///

1 | **IT IS SO STIPULATED.**

3 | Dated: November 6, 2020                 MCGREGOR W. SCOTT
United States Attorney

By: /s/ Joseph B. Frueh
JOSEPH B. FRUEH
Assistant United States Attorney
for Michael Carvajal

Dated: November 6, 2020                 LAW OFFICE OF KEVIN G. LITTLE

By: /s/ Kevin G. Little
Kevin G. Little
Attorney for Plaintiff Lorena Guthrie

KGL

**ORDER**

Pursuant to the parties' stipulation, and to accommodate the Court's calendar, the hearing on Defendant's motion for summary judgment (Doc. No. 65), currently set for November 20, 2020, is HEREBY CONTINUED to **January 22, 2021, at 9:00 a.m. in Courtroom 8 (BAM)** before the undersigned. Plaintiff's opposition to the motion shall be due on or before **December 11, 2020,** and the reply shall be due on or before **January 8, 2021.**

IT IS SO ORDERED.

Dated: **November 6, 2020**        /s/ *Barbara A. McAuliffe*
                          UNITED STATES MAGISTRATE JUDGE

KGL

STIPULATION AND ORDER CONTINUING HEARING RE: MOTION FOR SUMMARY JUDGMENT AND EXTENDING TIME TO FILE OPPOSITION AND REPLY PAPERS