Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
E-mail:     kevin@kevinlittle.com
Telephone: (559) 342-5800
Facsimile:  (559) 242-2400

Attorneys for Plaintiff LORENA GUTHRIE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA GUTHRIE, | Case No. 1:18-cv-00282-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE FEBRUARY 26, 2021 MOTION HEARING** |
| v. | |
| MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, | |
| Defendant. | |

///

///

///

Stipulation and Proposed Order

# STIPULATION AND PROPOSED ORDER TO CONTINUE
# FEBRUARY 26, 2021 MOTION HEARING

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the motion hearing currently scheduled for February 26, 2021 at 9:00 a.m. may be rescheduled for one of the following dates and times:

1. Anytime in the afternoon on February 26, 2021

2. Anytime the morning of either March 1, March 2, or March 5, 2021.

The reason for the proposed rescheduling of the motion hearing is because plaintiff's counsel has an irreconcilable conflict on the morning of February 26, 2021, due to the prior scheduling of a motion hearing and status conference in a criminal matter, *United States v. Rivas Gomez and Castro*, No. 1:18-cr-0002-NONE-SKO.

Dated: February 22, 2021                                LAW OFFICE OF KEVIN G. LITTLE

                                                By:     */s/ Kevin G. Little*
                                                        KEVIN G. LITTLE

                                                        Attorneys for Plaintiff
                                                        LORENA GUTHRIE

Dated: February 22, 2021                                McGREGOR W. SCOTT
                                                        United States Attorney

                                                By:     */s/ Joseph B. Frueh*
                                                        JOSEPH B. FRUEH
                                                        Assistant United States Attorney

                                                        Attorneys for Defendant
                                                        MICHAEL CARVAJAL,
                                                        Director of the Federal Bureau of Prisons

## ORDER

Good cause appearing, the Court hereby orders that the motion hearing currently scheduled for February 26, 2021, at 9:00 a.m. is rescheduled to the following date and time: **March 1, 2021, at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe, via Zoom**.
IT IS SO ORDERED.

Dated:   **February 23, 2021**                          /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE