Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
E-mail: kevin@kevinlittle.com
Telephone: (559) 342-5800
Facsimile: (559) 242-2400

Attorneys for Plaintiff
LORENA GUTHRIE

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Defendant
MICHAEL CARVAJAL
Director of the Federal Bureau of Prisons

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA GUTHRIE,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons,<br><br>      Defendant. | Case No. 1:18-cv-00282-BAM<br><br>**STIPULATION AND ORDER FOR AMENDING OPERATIVE COMPLAINT TO NAME ATTORNEY GENERAL MERRICK GARLAND AS THE SOLE DEFENDANT** |

| | |
|---|---|
| 1 | **STIPULATION AND PROPOSED ORDER** |
| 2 | IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that |
| 3 | the operative First Amended Complaint (ECF 19) shall be amended to name "Merrick Garland, United |
| 4 | States Attorney General, in his official capacity," as the sole defendant in this case in accordance with |
| 5 | the Court's Minute Order (ECF 93), 18 U.S.C. § 4042(a), 42 U.S.C. § 2000e-16(c), and Rules 15(a)(2), |
| 6 | 15(c)(2), and 25(d) of the Federal Rules of Civil Procedure. |
| 7 | The naming of the Attorney General as the proper defendant does not affect or eliminate any |
| 8 | relief that otherwise would be available in this action. Nor does it invalidate prior service of process. |

Dated: May 25, 2021                            LAW OFFICE OF KEVIN G. LITTLE

By:   /s/ *Kevin G. Little*    (authorized 5/25/2021)
       KEVIN G. LITTLE

Attorneys for Plaintiff
LORENA GUTHRIE

Dated: May 26, 2021                            PHILLIP A. TALBERT
                                                     Acting United States Attorney

By:   /s/ *Joseph B. Frueh*
       JOSEPH B. FRUEH
       Assistant United States Attorney

Attorneys for Defendant
MICHAEL CARVAJAL
Director of the Federal Bureau of Prisons

STIP. & ORDER FOR AMENDING FIRST AM.
COMPL. TO NAME ATTY. GEN. GARLAND AS SOLE DEF.

1

**ORDER**

Pursuant to the parties' stipulation, the operative First Amended Complaint (Doc. 19) shall be amended to name "Merrick Garland, United States Attorney General, in his official capacity," as the sole defendant in this case. The Clerk of the Court is directed to update both the docket and the caption in this case to reflect the amendment naming Merrick Garland, United States Attorney General, in his official capacity, as the sole defendant.

IT IS SO ORDERED.

Dated: **May 27, 2021**         /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

STIP. & ORDER FOR AMENDING FIRST AM. COMPL. TO NAME ATTY. GEN. GARLAND AS SOLE DEF.

2