Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
E-mail: kevin@kevinlittle.com
Telephone: (559) 342-5800
Facsimile: (559) 242-2400

Attorneys for Plaintiff
LORENA GUTHRIE


PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:    joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
MERRICK GARLAND
United States Attorney General

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA GUTHRIE,<br><br>                    Plaintiff,<br><br>         v.<br><br>MERRICK GARLAND, United States Attorney General,<br><br>                    Defendant. | Case No. 1:18-cv-00282-BAM<br><br>**STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |

**STIPULATION AND ~~PROPOSED~~ ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that a settlement conference shall be scheduled in this matter before the Honorable Kendall J. Newman.  Judge Newman's chambers has confirmed his availability for a settlement conference on July 30, 2021, at 9:00 a.m.

Dated: June 7, 2021                             LAW OFFICE OF KEVIN G. LITTLE

By:   /s/  *Kevin G. Little*          (authorized 6/7/2021)
      KEVIN G. LITTLE

      Attorneys for Plaintiff
      LORENA GUTHRIE

Dated: June 7, 2021                             PHILLIP A. TALBERT
                                                Acting United States Attorney

By:   /s/  *Joseph B. Frueh*
      JOSEPH B. FRUEH
      Assistant United States Attorney

      Attorneys for Defendant
      MERRICK GARLAND
      United States Attorney General

**ORDER**

Pursuant to the parties' stipulation, this action is set for a settlement conference on **July 30, 2021, at 9:00 a.m. before United States Magistrate Judge Kendall J. Newman**.
IT IS SO ORDERED.

Dated:  **June 8, 2021**                        /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE